

# Fourth Court of Appeals
## San Antonio, Texas

November 21, 2019

No. 04-19-00822-CV

**IN RE** Meredith **REEB**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:    Rebeca C. Martinez, Justice
Luz Elena D. Chapa, Justice
Liza A. Rodriguez, Justice

On November 20, 2019, relator filed a petition for writ of mandamus and a motion for emergency temporary relief. After considering the petition and the record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus and the motion for emergency temporary relief are denied. *See* TEX. R. APP. P. 52.8(a). This court's opinion will issue at a later date.

It is so **ORDERED** on November 21, 2019.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of November, 2019.

_____
MICHAEL A. CRUZ,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2019-CI-20403, styled *Alex Reed v. Meredith Reed*, pending in the 224th Judicial District Court, Bexar County, Texas, the Honorable Cathleen M. Stryker presiding.